AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **RODNEY VALENTINO BROOKS** | CASE NUMBER: |
| **DOB: xx/xx/62** | |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 21, 2005__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s), (Track Statutory Language of Offense)

by intimidation, did take from the person or presence of another money, to wit, $ 3, 600 in U.S. currency, belonging to, and in the care, custody, control, management and possession of the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113 (a)__ .

I further state that I am __Frederick R. Schmied, Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

Signature of Complainant

AUSA, Barbara E. Kittay (202) 514-6940
Sworn to before me and subscribed in my presence,

Frederick R. Schmied, Special Agent
Federal Bureau of Investigation

_____                  at     __Washington, D.C.__
Date                                                            City and State

_____                  _____
Name & Title of Judicial Officer                 Signature of Judicial Officer