<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

RODNEY VALENTINO BROOKS

I, FREDERICK R. SCHMIED, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1.    I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.    I have been a Special Agent with the FBI since 1994.  I have been assigned to the Bank Robbery Squad since January of 2004, and have responded to approximately 70 bank robberies, per year, during that time.  As part of my duties I have been assigned to investigate a robbery that occurred on July 21, 2005, at the PNC Bank located at 800 17th Street, N.W., Washington, D.C.  I have investigated robberies at this bank and its predecessor, Riggs Bank, in the past, and I am aware that its deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

3.    The information contained in this affidavit was obtained by me and other law enforcement officers.  This affidavit is in support of a complaint charging RODNEY VALENTINO BROOKS with bank

-2-

robbery, in violation of Title 18, United States Code, Section
2113(a).  The facts and information contained in this affidavit
are based on my personal knowledge, witness interviews, and my
review of documents, and materials containing the observations of
others involved in this investigation.  This affidavit contains
information necessary to support probable cause, and is not
intended to include each and every fact and matter observed by me
or known to the government.

4.  On July 21, 2005, a lone black male walked into the PNC
Bank located at 800 17th Street, N.W., Washington, D.C. at
approximately noon and said to the victim teller, several times,
"This is a robbery.  Give me $3,000 in hundreds."  The teller
gave him what she described to be a pile of $100 bills, which she
estimated to be about $3,600, and he left the bank on foot.

5.  The man who robbed the bank was described by witnesses
as a black male, in his 30s, about 5'8", and weighing between 150
pounds (or slim build), with dark eyes, clean-shaven, with hair
that was short, black, curly, and combed back along the sides of
his head.  Other facial features included in the description were
a long and square face, and a pointed nose.

6.  On August 18, 2005, this affiant participated with other
law enforcement officers in an identification procedure.  We
presented a photo array, consisting of six photographs with a
photograph of RODNEY VALENTINO BROOKS in the number two position,

-3-

to the victim teller at the PNC Bank.  The photograph was
retrieved from law enforcement records, where records show that
RODNEY VALENTINO BROOKS is a black male, age 43, 6'1", and about
185 pounds.  The photo demonstrates that BROOKS has a square face
and dark eyes  The witness was shown the photo array and she
positively identified the man in the number two position (Brooks)
as the one who committed the robbery.  The witness said, "That's
definitely him; no doubt; I remember those eyes."

7.  This affiant is aware of a warrant for the arrest of
RODNEY VALENTINO BROOKS, issued by a U.S. Magistrate Judge in the
Northern District of California, charging that BROOKS committed a
bank robbery of a Bank of America in the San Francisco area, on
June 4, 2005.  This affiant has compared the bank surveillance
photo from this California bank robbery and another (at a Wells
Fargo Bank, on June 1, 2005), and believes that this is the same
person depicted in the July 21, 2005 robbery at the PNC bank in
the District of Columbia.

8.  Based on the above listed facts and circumstances, your
affiant respectfully submits that there is probable cause to
believe that RODNEY VALENTINO BROOKS robbed the PNC Bank at 800
17th Street N.W., Washington, D.C., on July 21, 2005, in
violation of Title 18, United States Code, Section 2113(a), and
request an arrest warrant for that offense.

9.  Based on the above information, I believe probable cause

-4-

exists to conclude that RODNEY VALENTINO BROOKS, by intimidation,
did take from the person or presence of another money, namely
approximately $3,600, belonging to, and in the care, custody,
control, management and possession of United Bank, the deposits
of which were then insured by the Federal Deposits Insurance
Corporation, in violation of Title 18, United States Code,
Section 2113(a).

_____
Frederick R. Schmied
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this ___ day of August, 2005.


_____
UNITED STATES MAGISTRATE JUDGE